BENJAMIN KURTZMAN, Respondent, v. SADIE B. MORGENSTERN, Sued Herein as SADIE B. MORGENSTEIN, Appellant, and OTIS ELEVATOR COMPANY, Appellant, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with

costs to the plaintiff-respondent against the defendants-appellants. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COMPRODAILY PUBLISHING COMPANY, INC., and CLARENCE A. HATHAWAY, Appellants, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.